**No. 51043.**—Protests 53744–K, etc., of A. Fantis et al. (New York).

Opinion by KEEFE, J.   It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146.   In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese.

**No. 51044.**—Protests 66688–K, etc., of Johnson Bros. (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and puree cups or chowder cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955).   In accordance therewith the merchandise was held dutiable as claimed.

**No. 51045.**—Protests 121820–K, etc., of Wm. J. Wardall, trustee, estate of McKesson & Robbins, Inc., Deb. et al. (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.